64

BOROUGH OF TOTOWA, ET AL., PLAINTIFFS-RESPOND-
ENTS, v. PASSAIC COUNTY BOARD OF TAXATION, ET
AL., DEFENDANTS-PETITIONERS.

See same case below: 7 *N. J. Super.* 67.

*Mr. Oscar R. Wilensky, Mr. Herman Scott, Mr. Charles S.
Joelson* and *Mr. George Diamond,* for the petitioners.

*Mr. Joseph L. Lippman, Mr. Joseph M. Harrison, Mr.
Mitchell Donato, Mr. John G. Dluhy, Mr. Bernard Goldstein,
Mr. Louis Wallisch, Mr. C. Alfred Wilson, Mr. George T.
Anderson, Jr., Mr. Francis Caminetti* and *Mr. Herbert H.
Fine,* for the respondents.

June 12, 1950.   Granted.